```
            IN THE UNITED STATES DISTRICT COURT
                WESTERN DISTRICT OF ARKANSAS
                      FORT SMITH DIVISION
```

KATHLEEN JOHNSON                                         PLAINTIFF

       v.               Civil No. 11-2159

MICHAEL J. ASTRUE, Commissioner
Social Security Administration                           DEFENDANT

### J U D G M E N T

Now on this 25th day of July, 2012, comes on for consideration the Report and Recommendation dated June 26, 2012, by the Honorable James R. Marschewski, Chief United States Magistrate Judge for the Western District of Arkansas. Fourteen (14) days have passed without objections being filed by the parties. The Court has reviewed this case, and being well and sufficiently advised, finds that the Report and Recommendation is proper and should be adopted in its entirety. Accordingly, the Court hereby adopts the Report and Recommendation; affirms the decision of the Administrative Law Judge; and dismisses plaintiff's complaint with prejudice.

    IT IS SO ORDERED.

                              /s/ Robert T. Dawson
                              HONORABLE ROBERT T. DAWSON
                              UNITED STATES DISTRICT JUDGE